# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **DANA RICKETTS** | **CASE NO. 6:25-CV-00484** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **HOMELAND SECURITY, ET AL** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 7], determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record;

IT IS ORDERED that this PETITION FOR WRIT OF HABEAS CORPUS [Doc. 1] be DENIED and DISMISSED WITHOUT PREJUDICE to refiling should her detention become unlawful.

THUS DONE AND SIGNED in Chambers this 10th day of July, 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE